**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1650**

JIA QING WANG,

Petitioner,

versus

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A77-977-545)

Submitted:  January 31, 2008      Decided:  February 22, 2008

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael Brown, New York, New York, for Petitioner.  Peter D.
Keisler, Assistant Attorney General, Barry J. Pettinato, Assistant
Director, Carmel A. Morgan, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jia Qing Wang, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen removal proceedings based upon changed circumstances. We have reviewed the administrative record and the Board's order and conclude the Board did not abuse its discretion. 8 C.F.R. § 1003.2(a) (2007); INS v. Doherty, 502 U.S. 314, 323-24 (1992); Nibagwire v. Gonzales, 450 F.3d 153, 156 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. Wang v. Mukasey, No. A77-977-545 (B.I.A. June 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED